SCWC-10-0000037

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

KEVIN ALEXANDER SCOTT, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA CAAP-10-0000037; CR. NO. 10-1-0030K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant Kevin Alexander Scott's

Application for Writ of Certiorari filed on February 13, 2013, is

hereby accepted and will be scheduled for oral argument.

The parties will be notified by the appellate clerk

regarding scheduling.

DATED: Honolulu, Hawaiʻi, March 22, 2013.

/s/ Mark E. Recktenwald

Kevin O'Grady
for Petitioner                      /s/ Paula A. Nakayama

Linda L. Walton                     /s/ Simeon R. Acoba, Jr.
for Respondent

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

